City National Bank of Dallas agt. National Park Bank.

## SUPREME COURT.

THE CITY NATIONAL BANK OF DALLAS agt. THE NATIONAL PARK BANK.

*Preferences — Right to — How and when waived — Code of Civil Procedure, sections 791–793.*

Where the right to a preference depends upon facts which do not appear upon the pleadings, a copy of the order granting the preference must be served with or before the notice of trial or argument.

By serving a notice of trial before making a motion to have the cause preferred, the right to such preference is waived.

*Special Term, February, 1882.*

---

Seifert agt. Schillner.

---

LAWRENCE, *J.*— The plaintiffs having served a notice of trial before making this motion have, I think, waived their right to move to have the cause preferred.

The right to a preference depends upon facts which do not appear upon the pleadings, &c., and the Code is express that in such a case a copy of the order granting the preference must be served with or before the notice of trial or argument (*Code, sec.* 793).

Motion denied, with ten dollars costs to abide the event.